# UNITED STATES DISTRIC COURT
## DISTRICT OF KANSAS

NICCI SMITH,                                                    Court File No. 07-2269 KHV

      Plaintiff,

v.                                                                       **ORDER**

NATIONS RECOVERY CENTER, INC.

      Defendant.

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on

its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT**

**SHALL BE ENTERED ACCORDINGLY.**

                                **BY THE COURT**


Dated: January 11, 2008                     s/ Kathryn H. Vratil
                                        Kathryn H. Vratil
                                        United States District Court Judge